**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE HECTOR CRUZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | Case No.:  26cv00010 DMS BJW<br><br>**ORDER DISMISSING PETITION** |

On January 2, 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondent filed its response to the Petition, and argues the Petition must be dismissed for lack of jurisdiction because Petitioner has failed to name the proper respondent.  The Court agrees with Respondent's argument, and therefore dismisses this case without prejudice.  *See Mukhamadiev v. U.S. Department of Homeland Security*, No. 25-cv-1017-DMS-MSB, 2025 WL 1208913, at *3 (S.D. Cal. Apr. 25, 2025) (dismissing case for failure to name proper respondent, among other reasons).  If Petitioner wishes to proceed with this case he shall file a First Amended Petition that names the proper Respondent on or before by **January 23, 2026**.

**IT IS SO ORDERED**.

Dated:  January 16, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv00010 DMS BJW